# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felicia Owens aka Felicia A Ragland | CHAPTER 13 |
| | BKY. NO. 18-16627 AMC |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corp. and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ Rebecca A. Solarz, Esq**
                                  Rebecca A Solarz, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322