UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Felicia Owens : Bankruptcy No.: **18-** 16627 amc
    35 Dewey Road : Chapter 13
    Cheltenham, PA 19012 :
    Debtor

### ORDER FOR ALLOWANCE OF COMPENSATION

AND NOW, this 29th day of April, 2019, upon consideration of the "Application of Compensation" and the "Certification of No Response," it is hereby ORDERED that the fee of $1500.00 Dollars for counsel to represent debtor with regard to her Chapter 13 Bankruptcy is hereby approved.

BY THE COURT:

_____
Ashely M. Chan,    J.