United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-16627-amc
Felicia Owens                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Apr 29, 2019
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db            +Felicia Owens,   35 Dewey Road,   Cheltenham, PA 19012-1413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2019 02:54:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Freedom Mortgage Corp. bkgroup@kmllawgroup.com
          TERESA  BRADY    on behalf of Debtor Felicia  Owens bankruptcy_queen@yahoo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
    Felicia Owens                          :          Bankruptcy No.: **18-** 16627 amc
    35 Dewey Road                          :          Chapter 13
    Cheltenham, PA 19012                   :
            Debtor

### ORDER FOR ALLOWANCE OF COMPENSATION

AND NOW, this 29th  day of  April                        , 2019 ,  upon  consideration  of  the

"Application of Compensation" and the "Certification of No Response," it is hereby

ORDERED that the fee of $1500.00 Dollars for counsel to represent debtor with regard

to her Chapter 13 Bankruptcy is hereby approved.

BY THE COURT:

_____
Ashely M. Chan,                                          J.