UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
   Felicia Owens : Bankruptcy No.: 18-16627-AMC
   35 Dewey Road : Chapter 13
   Cheltenham, PA 19012 :
   Debtor

### ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

And now Comes Felicia Owens, by her attorney, Teresa Brady, Esquire, who answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted
8. Denied. The debtor at all times was and is ready, able and willing to pay her car payments. She has paid, including the July 2019 payment, see attached Exhibit A.
9. Admitted.
10. Denied.
11. Admitted.
12. Denied. The debtor at all times was and is ready, able and willing to pay her car payments. She has paid, including the July 2019 payment, see attached Exhibit A.
13. Denied.
14. Denied. The debtor at all times was and is ready, able and willing to pay her car payments. She has paid, including the July 2019 payment, see attached Exhibit A.

### *Affirmative Defense and New Matter*

15. Since Debtor is current, Debtor demands payment history from creditor on this account.

WHEREFORE, debtor requests that the motion for relief from automatic stay be denied.

Respectfully Submitted,
/S/TeresaBrady,Esquire
Teresa Brady, Esquire
Attorney for Plaintiff
210 East Girard Avenue
Philadelphia, PA 19125
Phone (215)-426-1020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Felicia Owens : Bankruptcy No.: 18-16627-AMC
    35 Dewey Road : Chapter 13
    Cheltenham, PA 19012 :
    Debtor

## CERTIFICATE OF SERVICE

I, Teresa Brady, Esquire, attorney for Felicia Owens, hereby certify that a true and correct copy of the forgoing Answer was forwarded to the following by 1st Class U.S. Mail on July 21, 2019.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

Chapter 13 Trustee

US Trustee's Office

Debtor

Jason Brett Schwartz, Esquire
Attorney for Movant
1333 Race Street
Philadelphia, PA 19107

                        /S/TeresaBrady,Esquire
                        Teresa Brady, Esquire #57587
                        210 East Girard Avenue
                        Philadelphia, PA 19125
                        (215) 426-1020

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :
    Felicia Owens                        :     Bankruptcy No.: 18-16627-AMC
    35 Dewey Road                        :     Chapter 13
    Cheltenham, PA 19012             :
        Debtor

### JUDGE'S ORDER

AND NOW this _____ day of _____, 2019, upon consideration of the Answer to the Motion of Movant for Relief from the Automatic Stay, Bankruptcy Code Section 362, and notice and opportunity for the hearing thereon, it is hereby

ORDERED, that the Motion be, and the same is hereby DENIED, and the Automatic Stay of 11 U.S.C. §362 (a) remains in place.

**BY THE COURT:**

_____
                                            J.

# Exhibit A

**Date Range**

| Past 12 months | Jul 12, 2018 and future |

**Filter By**

Showing 1 - 49 of 49 payments                                              page 1

| Withdraw On | Description | Category | Amount | Deliver By | Status |
|---|---|---|---|---|---|
| 6-28-19 | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 6-28-19 | Canceled Cfm # P7TH6-4N816 |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 5-15-19 | Processed Cfm # P2RYB-8J049 |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 4-30-19 | Processed Cfm # NZHT4-XXN1C |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $450.00 *9792 | 4-15-19 | Processed Cfm # NZHT2-66FF4 |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 3-29-19 | Processed Cfm # NYJ07-CYHGJ |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $250.00 *9792 | 3-19-19 | Processed Cfm # NX7WC-NXBY6 |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 2-15-19 | Processed Cfm # NSVT9-DVMLH |
| 1-31-19 | Capital One Auto Finance *0111 | Automobile Loan | $200.00 *9792 | 1-31-19 | Canceled Cfm # NN8KK-2J7VP |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $225.00 *9792 | 1-15-19 | Processed Cfm # NN8KJ-KLY9G |
| 12-31-18 | Capital One Auto Finance *0111 | Automobile Loan | $450.00 *9792 | 12-31-18 | Canceled Cfm # NM4K7-FCYDR |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $200.00 *9792 | 12-31-18 | Processed Cfm # NMKDY-1F2RQ |
| When Check Cashed | Capital One Auto Finance *0111 | Automobile Loan | $250.00 *9792 | 12-5-18 | Processed Cfm # NKBC1-GQWMS |

**Total** $20,261.49  *Pending, Processing, and Processed payments only, including any fees*