UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
   Felicia Owens : Bankruptcy No.: 18-16627
   35 Dewey Road : Chapter 13
   Cheltenham, PA 19012 :
       Debtor

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

And now Comes Felicia Owens, by her attorney, Teresa Brady, Esquire, who answers the request for relief from the automatic stay and avers as follows:

1. Admitted
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. Debtor has paid all payments, see attached Exhibit A, payments made in 2020.
7. Denied. Debtor has paid all payments, see attached Exhibit A, payments made in 2020.
8. Denied. Debtor has paid all payments, see attached Exhibit A, payments made in 2020.
9. Denied. Debtor has paid all payments, see attached Exhibit A, payments made in 2020.
10. Denied. Debtor has paid all payments, see attached Exhibit A, payments made in 2020.

### *Affirmative Defense and New Matter*

11. Debtor is current post-petition, see Exhibit A.
12. Debtor has applied for a modification.
13. No payment history was attached to the motion and Debtor requests said history from the moving party.

WHEREFORE, debtor requests that the motion for relief from automatic stay be denied.

      Respectfully Submitted,
      /S/TeresaBrady,Esquire
      Teresa Brady, Esquire
      Attorney for Plaintiff
      210 East Girard Avenue
      Philadelphia, PA 19125
      Phone (215)-426-1020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Felicia Owens     :     Bankruptcy No.: 18-16627
    35 Dewey Road     :     Chapter 13
    Cheltenham, PA 19012     :
        Debtor

### JUDGE'S ORDER

AND NOW this _____ day of _____, 2020, upon consideration of the Answer to the Motion of Movant for Relief from the Automatic Stay, Bankruptcy Code Section 362, and notice and opportunity for the hearing thereon, it is hereby

ORDERED, that the Motion be, and the same is hereby DENIED, and the Automatic Stay of 11 U.S.C. §362 (a) remains in place.

**BY THE COURT:**

_____
J.

# Exhibit A

11/30/2020                                              BillPay | Activity

### Date Range

Year to date | Jan 01, 2020 to present

### Filter By

Recipient Name ▶ Freedom Mortgage *5268

Showing Freedom Mortgage payments. Clear Filter

Showing 1 - 20 of 20 payments                                                              page 1

| DESCRIPTION | CATEGORY | AMOUNT | DELIVER BY | STATUS |
|---|---|---|---|---|
| Freedom Mortgage *5268 | Mortgage | $2,000.00 *9792 | 1-2-20 | Processed Cfm # PW8C2-CT3D1 |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 1-31-20 | Processed Cfm # PXZWT-6M3N4 |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 3-2-20 | Processed Cfm # Q22XS-009H9 |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 4-30-20 | Processed Cfm # Q76GN-BML6D |
| Freedom Mortgage *5268 | Mortgage | $2,000.00 *9792 | 5-29-20 | Processed Cfm # QCJYX-YXRKB |
| Freedom Mortgage *5268 | Mortgage | $1,099.00 *9792 | 6-30-20 | Canceled Cfm # QGLL9-W4JK0 |
| Freedom Mortgage *5268 | Mortgage | $1,000.00 *9792 | 7-15-20 | Processed Cfm # QGLLG-6H6KC |
| Freedom Mortgage *5268 | Mortgage | $1,000.00 *9792 | 7-28-20 | Processed Cfm # QKSS1-7R181 |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 8-3-20 | Processed Cfm # QL8RJ-R5C1L |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 8-31-20 | Canceled Cfm # QNP9L-NKZ3N |
| Freedom Mortgage *5268 | Mortgage | $1,099.00 *9792 | 9-1-20 | Processed Cfm # QPCZ0-X8F9Q |
| Freedom Mortgage *5268 | Mortgage | $500.00 *9792 | 9-16-20 | Canceled Cfm # QQWTD-GS5RS |
| Freedom Mortgage *5268 | Mortgage | $1,949.00 *9792 | 9-29-20 | Canceled Cfm # QS7Y0-WKTCZ |
| Freedom Mortgage *5268 | Mortgage | $3,099.00 *9792 | 9-30-20 | Canceled Cfm # QQWZN-2YVG4 |
| Freedom Mortgage *5268 | Mortgage | $2,099.00 *9792 | 9-30-20 | Canceled Cfm # QS0R5-DMXJW |
| Freedom Mortgage *5268 | Mortgage | $1,949.00 *9792 | 9-30-20 | Canceled Cfm # QS7Y1-S97NF |

Total  $17,693.00  *Pending, Processing, and Processed payments only, including any fees*

11/30/2020                                                                    BillPay | Activity

| DESCRIPTION | CATEGORY | AMOUNT | DELIVER BY | STATUS |
|---|---|---|---|---|
| Freedom Mortgage *5268 | Mortgage | $1,900.00 *9792 | 9-30-20 | Canceled Cfm # QSBTH-BKP4L |
| Freedom Mortgage *5268 | Mortgage | $1,099.00 *9792 | 9-30-20 | Processed Cfm # QSBTX-4DFC2 |
| Freedom Mortgage *5268 | Mortgage | $2,000.00 *9792 | 10-15-20 | Canceled Cfm # QSBTZ-4CCYB |
| Freedom Mortgage *5268 | Mortgage | $1,099.00 *9792 | 11-30-20 | Processed Cfm # QZDS4-X74PQ |

Total  $17,693.00  *Pending, Processing, and Processed payments only, including any fees*

Showing 1 - 20 of 20 payments                                                                 page  1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
    Felicia Owens                         :     Bankruptcy No.: 18-16627
    35 Dewey Road                        :     Chapter 13
    Cheltenham, PA 19012           :
        Debtor

## CERTIFICATE OF SERVICE

I, Teresa Brady, Esquire, attorney for Felicia Owens, hereby certify that a true and correct copy of the forgoing Answer was forwarded to the following electronically on December 1, 2020.

Office of the Clerk
US Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

Chapter 13 Trustee

US Trustee's Office

Debtor

Rebecca A. Solarz
KML Law Group, P.C.
Suite 5000- BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

                                                                                /S/TeresaBrady,Esquire
                                                                                Teresa Brady, Esquire
                                                                                #57587
                                                                                210 East Girard Avenue
                                                                                Philadelphia, PA 19125
                                                                                (215) 426-1020