United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16627-mdc |
| Felicia Owens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia Owens, 35 Dewey Road, Cheltenham, PA 19012-1413 |
| 14208443 | + | Capital One Bank, 140 Corporate Bouelvard, Suite 100, Norfolk, VA 23502-4952 |
| 14208444 | + | ChexSystems/Wells Fargo Bank, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 14208445 | | Credit Corporation Solutions, Inc, 63 East 11400South 408, Sandy, UT 84070 |
| 14245803 | + | Freedom Mortgage Corp., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14646019 | + | Freedom Mortgage Corporation, Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14415389 | | Freedom Mortgage Corporation,, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14208452 | | MTA Bridges and Tunnels, POB 15187, Albany, NY 12212-5187 |
| 14208451 | | Montgomery CAO, 1931 New Hope Street, Norristown, PA 19401-3191 |
| 14208459 | | PECO - Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14208460 | | Premier Anasthesia of PA, POB 88087, Chicago, IL 60680-1087 |
| 14208462 | + | Transworld Systems/MTA Bridges & Tunnels, POB 15740, Wilmington, DE 19850-5740 |
| 14208463 | | Universal Fidelity LP, POB 219785, Houston, TX 77218-9785 |
| 14208464 | | Wells Fargo, PO Box 77053, Charlotte, WV 25548-7753 |
| 14208466 | | Williams - Sonoma Visa Card, Card Services, POB 13337, Philadelphia, PA 19101-3337 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 07 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14208440 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:38:12 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14230101 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:50:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14208441 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 07 2024 00:49:52 | Capital One Auto Finance, POB 60511, City of Industry, CA 91716-0511 |
| 14210410 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 01:06:36 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14237728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:38:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14208442 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:38:11 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14208446 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 07 2024 00:37:57 | Credit One Bank, Payment Services, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14208447 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2024 00:40:00 | Department of Treasury, P O Box 80101, Cincinnati, OH 45280-0001 |
| 14208448 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 18-16627-mdc   Doc 72   Filed 02/08/24   Entered 02/09/24 00:33:39   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 07 2024 00:38:12 | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14646020 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14244830 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14208449 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:40:00 | Freedom mortgage, POB 619063, Dallas, TX 75261-9063 |
| 14208450 | + | Email/Text: accountservices@greenlineloans.com | Feb 07 2024 00:40:00 | Greenline Loans, POB 507, Ft Belknap Agence, Hays, MT 59527-0507 |
| 14219490 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:12 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14274101 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 07 2024 00:40:00 | Freedom Mortgage Corporation, c/o MARIA TSAGARIS, McCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14241377 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14252042 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 07 2024 00:38:12 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14208453 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 07 2024 00:37:57 | Navient dept of education loan services, POB 740351, Atlanta, GA 30374-0351 |
| 14208456 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 07 2024 00:40:00 | Neiman Marcus, POB 729080, Dallas, TX 75372-9080 |
| 14208457 | | Email/Text: fesbank@attorneygeneral.gov | Feb 07 2024 00:40:00 | Office of Attorney General, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14243007 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:12 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14208458 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:12 | Pay Pal Credit Services, POB 105658, Atlanta, GA 30348-5658 |
| 14219312 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14226453 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 00:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14220558 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14244995 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14208888 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:38:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:50:04 | Synchrony Bank/ Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14236646 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2024 00:38:36 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14208465 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2024 00:37:57 | Wells Fargo Visa, POB 77053, Minneapolis, MN |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

55480-7753

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208454 | * | Navient dept of education loan services, POB 740351, Atlanta, GA 30374-0351 |
| 14208455 | * | Navient dept of education loan services, POB 740351, Atlanta, GA 30374-0351 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Freedom Mortgage Corp. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corp. mfarrington@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| TERESA BRADY | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP bankruptcy_queen@yahoo.com |
| TERESA BRADY | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

on behalf of Debtor Felicia Owens bankruptcy_queen@yahoo.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Felicia Owens
    Debtor(s)

Case No: 18−16627−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/6/24

69 − 64
Form 138OBJ